IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JIARUI SHU,<br><br>             Plaintiff,<br><br>      v.<br><br>ALEJANDRO MAYORKAS, ET AL.,<br><br>             Defendants. | CASE NO. 2:21-CV-02163-KJM-JDP<br><br>ORDER GRANTING MOTION FOR EXTENSION OF TIME<br><br>ECF No. 5 |

For good cause shown, defendants' unopposed motion for extension of time is granted. ECF No. 5. Defendants may have until April 12, 2022, to file an answer or other dispositive pleading.

IT IS SO ORDERED.

Dated:   February 11, 2022                         _____
                                                                JEREMY D. PETERSON
                                                                UNITED STATES MAGISTRATE JUDGE