IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JIARUI SHU,<br><br>                           Plaintiff,<br><br>                           v.<br><br>ALEJANDRO MAYORKAS, ET AL.,<br><br>                           Defendants. | CASE NO.  2:21-CV-02163-KJM-JDP (PS)<br><br>ORDER GRANTING MOTION FOR SECOND EXTENSION OF TIME<br><br>ECF No. 7 |

For good cause shown, defendants' motion for extension of time is granted. ECF No. 7. The new date for the defendants to respond to the complaint is May 12, 2022.

IT IS SO ORDERED.

Dated:  April 1, 2022

_____
JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE